UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD ROTTLER,

       Plaintiff,

                                         Civil No. 09-13136
                                         Hon. John Feikens

       v.

MICHIGAN AUTOMOTIVE
COMPRESSOR, INC.,

       Defendant.
_____

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      I have before me, Magistrate Judge Mark A. Randon's Report and Recommendation ("Report").  In his Report, Magistrate Judge Randon recommends that I grant Plaintiff's Motion to Remand.  Defendant filed Objections to Magistrate Judge Randon's Report and Recommendation.  Having considered Defendant's Objections, I find that Magistrate Judge Randon has thoroughly and correctly analyzed the issues and I agree with his recommendation.  For these reasons, I OVERRULE Defendant's Objections, ADOPT Magistrate Judge Randon's Report, and GRANT Plaintiff's Motion to Remand.

**IT IS SO ORDERED.**

Date:  December 8, 2009                    s/ John Feikens
                                                                     John Feikens
                                                                     United States District Judge

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on December 8, 2009, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager